**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6484**

———————

WILLIE JUNIOR HINES, a/k/a Willie Hines, Jr.,

              Plaintiff - Appellant,

        v.

CHAD ROBINSON; ADETORO SOBOWALE; AMY ENLOE; TERRI COMP; DAVE
TATARSKY; MICHAEL LAUBSHIRE; ROBERT WARD; WARDEN MCCALL;
TIMOTHY P. CLOSE; W. J. BAYARD; JOHN DOE, Kirkland Medical
Institution,

              Defendants – Appellees,

        and

KIRKLAND JANE DOE MEDICAL; STEVEN M. PRUITT; SCDC; COACH
ROBINSON; MD IMAGE CARE LLC,

              Defendants.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., Senior
District Judge.  (6:12-cv-01834-GRA)

———————

Submitted:  August 29, 2013        Decided:  September 3, 2013

———————

Before DUNCAN, AGEE, and KEENAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Willie Junior Hines, Appellant Pro Se.   Nathaniel Heyward
Clarkson, III, CLARKSON WALSH TERRELL & COULTER, PA, Greenville,

South Carolina; Shelton Webber Haile, RICHARDSON, PLOWDEN & ROBINSON, PA, Columbia, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Willie Junior Hines appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Hines' motion for appointment of counsel and affirm for the reasons stated by the district court. <u>Hines v. Robinson</u>, No. 6:12-cv-01834-GRA (D.S.C. Mar. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>